NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: ALLURE ENERGY, INC.,**
*Appellant*

_____

2017-1578, -1579

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01248 and IPR2015-01251.

-------------------------------------------------------------------------------

**HONEYWELL INTERNATIONAL INC.,**
*Appellant*

v.

**ALLURE ENERGY, INC.,**
*Appellee*

_____

2017-1589

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01248.

-------------------------------------------------------------------------------

**HONEYWELL INTERNATIONAL INC.,**
*Appellant*

v.

**ALLURE ENERGY, INC.,**
*Appellee*

---

2017-1590

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01251.

---

**ON MOTION**

---

**O R D E R**

Honeywell International Inc. moves unopposed to withdraw from these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. 2017-1589 and 2017-1590 are dismissed.

(2) The Director of the United States Patent and Trademark Office is directed to inform this court within 30 days from the date of this order whether she wishes to participate in 2017-1578, -1579.

(3) If the Director elects to participate, her brief is due within 40 days of the date of filing of Allure Energy, Inc.'s opening brief. Allure Energy may file its reply brief within 14 days of the date of service of the PTO's brief.

(4) If the PTO elects not to participate, Allure Energy shall file its appendix within 15 days after filing its opening brief.

(5) The revised official caption and short caption for 2017-1578, -1579 are reflected in this order.

(6) Each side shall bear its own costs in 2017-1589 and 2017-1590.

                                                    FOR THE COURT

                                                    /s/ Peter R. Marksteiner
                                                    Peter R. Marksteiner
                                                    Clerk of Court

s25

ISSUED AS A MANDATE (as to 2017-1589 and 2017-1590 only):  May 11, 2017